UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

Case No. 23-20506
Judge: KMP
Chapter 13

In Re, **Sean T. Hoskins**

Debtor(s)

## DEBTOR'S MOTION TO CONTINUE THE AUTOMATIC STAY AS TO ALL CREDITORS

Debtor, by his attorney Lombardo Law Office, hereby move the Court, pursuant to 11 U.S.C. § 362(c)(3)(B), for an Order continuing the Automatic Stay, as to all creditors in this case, that is scheduled to terminate on March 8, 2023. In support hereof, the Debtor states as follows:

1. This case, filed February 8, 2023, is a case under Chapter 13 of the Bankruptcy Code.

2. Prior to the current case, the Debtor filed for relief under Chapter 13 of the Bankruptcy Code on September 4, 2020, case number 20-26098-kmp. That case was dismissed on August 18, 2022, pursuant to a motion filed by the Trustee.

3. The reason why the Debtor's previous Chapter 13 failed is because the Debtor and his wife filed for divorce on April 28, 2021 and shortly thereafter the Debtor moved out of their residence, which reduced the Debtor's monthly household take home income by over $3,100.00 and he had to incur the unexpected expenses of finding his own residence and furnishing it. In addition, the mental stress of losing a marriage of 18 years made focusing on my other financial responsibilities extremely difficult for the Debtor, all of which made completion of the Debtor's previous Chapter 13 case impossible, as indicated in the Debtor's Affidavit, which is attached as an Exhibit and incorporated hereto.

Lombardo Law Office
2230 South 108th Street
Milwaukee, WI 53227
Phone: (414) 543-3328
Fax: (414) 543-0786

4. As indicated in the Debtor's affidavit, the Debtor's divorce was final on February 4, 2022, and the Debtor has established his own household which has stabilized his financial situation. In addition, the Debtor has come to grips mentally and emotionally with the dissolution of my marriage of 18 years and is able to focus on his financial responsibilities going forward.

5. The Debtor believes that now that he is no longer dealing with the emotional and the financial consequences of going through a divorce, he will have sufficient income to meet his household's monthly living expenses as well as sufficient income to submit $698.00 per month to the Chapter 13 Trustee through weekly payroll deductions for the benefit of his creditors.

6. The Debtor therefore asserts that he has had a substantial change in his personal and financial circumstances since the dismissal of his previous case, such that the present case was in fact filed in good faith.

WHEREFORE, the Debtor request that the Court enter an order continuing the automatic stay under 11 U.S.C. § 362 as to all of the creditors contained in the Debtor's petition and schedules.

Respectfully submitted,

*/s/ Adam L. Lombardo*
By: _____
Adam Lombardo

*February 8, 2023*
Date: _____

Lombardo Law Office
2230 South 108th Street
Milwaukee, WI 53227
Phone: (414) 543-3328
Fax: (414) 543-0786

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re: **Sean Hoskins**

Debtor(s).

Case Number: **23-20506 KMP**
Chapter: **13**

Address: 4131 N 68 Street Milwaukee, WI 53218

Last four digits of Social Security or
Individual Taxpayer Identification
(ITIN) No(s)., (if any): __2535__

Employer's Tax Identification (EIN) No(s). (if any): _____

Objection to Motion
to Continue Stay Due
(If served by mail,
add three days to
objection deadline
per Rule 9006(f)):
**2/28/23**

Hearing on Timely-
Filed Objections:
**3/7/23 11:30am**

## NOTICE OF MOTION TO CONTINUE THE AUTOMATIC STAY

To all creditors and parties in interest:

The debtor(s) in the above-captioned case (the "debtor") has filed a motion to continue the automatic stay pursuant to 11 U.S.C. Sec. 362(c)(3)(B). A copy of that motion accompanies this notice.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the motion to continue the automatic stay, or if you want the Court to consider your views on the motion, then **on or before the objection due date stated above**, you or your attorney must file an objection with:

Clerk, United States Bankruptcy Court
517 East Wisconsin Avenue
Milwaukee, WI 53202-4581

and provide copies to: Adam L. Lombardo, Lombardo Law Office
2230 South 108th Street
Milwaukee, WI 53227

in time for its receipt by the above deadline. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

**The hearing noted above will be held unless the Court cancels it or issues an order fully adjudicating the motion before the hearing.**

**The Court will hold a hearing on any timely-filed objection. The Court also will hold a hearing in the absence of an objection unless the debtor files an affidavit or declaration that provides an adequate evidentiary basis for concluding that the debtor has met their burden to prove they commenced this case in good faith as required by 11 U.S.C. Sec. 362(c)(3)(B).** If there is no timely objection and the Court finds an adequate evidentiary basis, the Court may cancel the hearing and adjudicate the motion based on the debtor's submissions.

The hearing will take place before Judge Katherine M. Perhach United States Bankruptcy Judge, in the United States Courthouse at **517 East Wisconsin Avenue, Milwaukee, Wisconsin, in Room 167** at the hearing time and date stated above.

**The debtor, debtor's counsel, and the objecting party or their counsel must attend the hearing.**

Date: 2/9/2023         /s/    Adam L. Lombardo
                              Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

Case No. 23-20506
Judge: KMP
Chapter 13

In Re, **Sean Hoskins**

Debtor(s)

## CERTIFICATE OF SERVICE

The undersigned, Wendi Lombardo of Lombardo Law Office, does hereby certify that a copy of this Certificate of Service and a copy of the attached Motion to Continue Automatic Stay and Notice of Motion to Continue Automatic Stay were mailed First Class to the persons and entities listed below, at their respective addresses, postage prepaid, by depositing them in the U.S. Mail at Milwaukee, WI on February 9, 2023:

```
Sean Hoskins 4131 N 68 Street Milwaukee, WI 53218
```

### SEE ATTACHED MAILING MATRIX

However, copies have not been mailed to addresses which the Court designated as having been superseded by a preferred address on file, or which the Court designated as undeliverable or duplicate addresses, as indicated in the mailing matrix.

In addition, copies have not been mailed to Lombardo Law Office, attorneys for the Debtors, or to the following parties, to whom service was made by ECF Notice of Electronic Filing:

Scott Lieske, Chapter 13 Trustee
Office of the United States Trustee

Dated this 9th day of February 2023.

/s/
By: _____
    *Wendi Lombardo*

Lombardo Law Office
2230 South 108th Street
Milwaukee, WI 53227
Phone: (414) 543-3328
Fax: (414) 543-0786

Label Matrix for local noticing
0757-2
Case 23-20506-kmp
Eastern District of Wisconsin
Milwaukee
Thu Feb  9 11:03:18 CST 2023

United States Attorney's Office
517 E. Wisconsin Ave.
Room 530
Milwaukee, WI 53202-4509

United States Attorney, Attention, Michael
Room 530 Federal Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 53202-4500

Wisconsin Department Of Revenue
Special Procedures Unit
P.O. Box 8901
Madison, WI 53708-8901

Wisconsin Dept. Of Revenue
Special Procedures Unit
P.O. Box 8902
Madison, WI 53708-8902

AFNI
PO Box 3097
Bloomington, IL 61702-3097

AT&T Mobility
PO Box 3517
Bloomington, IL 61702-3517

Advanced Health Care
3003 W. Good Hope Rd.
Milwaukee, WI 53209-2042

(p)ALLIANCE COLLECTION AGENCIES INC
ATTN CLIENT SERVICES DEPARTMENT
3916 S BUSINESS PARK AVE
MARSHFIELD WI 54449-9029

Americash Loans
5228 W Capitol Drive.
Milwaukee, WI 53222-1533

Aurora Advanced Healthcare
PO Box 091700
Milwaukee, WI 53209-8700

Best Buy Credit Services*
PO Box 688911
Des Moines, IA 50368-8911

Bridgecrest Acceptance Corp
7020 E. Indian School Rd.
Phoenix, AZ 85018-5220

Capital Loans
6512 W Capitol Dr
Milwaukee, WI 53216-2038

Capital One
PO Box 85064
Richmond, VA 23285-5064

Carral Halloway
3954 N. 39th St.
Milwaukee, WI 53216-2517

Cash4Not Whatever
6160 N Cicero Ave
Chicago, IL 60646-4308

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Citi of Milwaukee
201 N. 9th St.
Milwaukee, WI 53233-1425

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

City of Milwaukee Municipal Court
951 North James Lovell Street
Milwaukee, WI 53233-1429

City of Milwaukee Violations Bureau
PO Box 2080
Milwaukee, WI 53201-2080

(p)CITY OF MILWAUKEE VIOLATIONS BUREAU
PO BOX 346
MILWAUKEE WI 53201-0346

Collect Associates
225 S. Executive Dr., Suite 250
Brookfield, WI 53005-4257

Community Memorial Hospital *
P.O. Box 3106
Milwaukee, WI 53201-3106

Corporation Service Company
Reg. Agent for TitleMax of Wisconsin Inc
8040 Excelsior Drive, Suite 400
Madison, WI 53717-2915

Enhanced Recovery Corporation
8014 Bayberry Road
Jacksonville, FL 32256-7412

Farmers Insurance Group
Payment Processing Center - 27
PO Box 55126
Boston, MA 02205-5126

First Premier Bank
601 S Minnesota Ave.
Sioux Falls, SD 57104-4868

Froedtert & Medical College Physicians
P.O. Box 13308
Milwaukee, WI 53213-0308

| | | |
|---|---|---|
| roedtert Hospital<br>) Box 3202<br>ilwaukee, WI 53201-3202 | Geico Casualty Company<br>5260 Western Ave.<br>Chevy Chase, MD 20815-3799 | Hampton Dental Associates SC<br>5323 West Hampton Avenue<br>Milwaukee, WI 53218-5019 |
| eights Finance Corporation<br>605 W. College Ave.<br>ppleton, WI 54914-4202 | IRS - Milwaukee Office<br>211 West Wisconsin Avenue<br>M/S 5301 MIL<br>Milwaukee, WI 53203-2303 | Infectious Disease Specialists<br>PO Box 522<br>Pewaukee, WI 53072-0522 |
| nfinity Healthcare Physicians<br>) Box 3261<br>ilwaukee, WI 53201-3261 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Medical College Physicians<br>PO Box 13308<br>Milwaukee, WI 53213-0308 |
| enomonee Falls Clinic<br>34 W16889 Menomonee Ave.<br>enomonee Falls, WI 53051-2810 | Milwaukee County Child Support<br>901 N. 9th St.<br>Room 101<br>Milwaukee, WI 53233-1425 | Milwaukee Municipal Court<br>951 N. James Lovell St.<br>Milwaukee, WI 53233-1429 |
| onitronics International<br>/o EOS CCA<br>) Longwater Dr.<br>orwell, MA 02061 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | OAC<br>PO Box 371100<br>Milwaukee, WI 53237-2200 |
| ffice of the U. S. Trustee<br>17 East Wisconsin Ave.<br>oom 430<br>ilwaukee, WI 53202-4510 | One Main Financial<br>5901 75th St.<br>Kenosha, WI 53142-3636 | (p)PENDRICK CAPITAL PARTNERS LLC<br>ATTN BRIAN WILSON<br>8902 OTIS AVE<br>SUITE 111A<br>INDIANAPOLIS IN 46216-1077 |
| ick N. Save<br>5549 W. National Ave.<br>ew Berlin, WI 53151-5167 | ProHealth Care Medical Associates<br>P.O. Box 409<br>Menomonee Falls, WI 53052-0409 | Professional Placement Services<br>PO Box 612<br>Milwaukee, WI 53201-0612 |
| rogressive Insurance<br>) Box 31260<br>ampa, FL 33631-3260 | Rooter Sewer Cleaners<br>c/o Atty. Gary Shultis<br>104 Crestwood Dr.<br>Waukesha, WI 53188-4510 | Sallie Mae<br>P.O. Box 9500<br>Wilkes Barre, PA 18773-9500 |
| pecialized Loan Servicing<br>200 S. Quebec Street<br>nglewood, CO 80111-4720 | Sprint<br>PO Box 1954<br>Southgate, MI 48195-0954 | The Home Depot<br>PO Box 9001010<br>Louisville, KY 40290-1010 |
| he Payday Loan Store<br>341 S. Business Dr.<br>heboygan, WI 53081-6527 | TitleMax of Wisconsin, Inc.<br>15 Bull Street, Suite 200<br>Savannah, GA 31401-2686 | TitleMax of Wisconsin, Inc.<br>7250 N. 76th Street<br>Milwaukee, WI 53223-4502 |

University of Phoenix
4030 Cross Pointe Rd., Suite G
Columbus, OH 43230

VIP Loan Shop
c/o Northern Resolution Group, LLC
PO Box 566
Amherst, NY 14226-0566

WI SCTF
PO Box 07914
Milwaukee, WI 53207-0914

Waukesha County Circuit Court
515 W. Moreland Blvd.
Waukesha, WI 53188-2428

We Energies
231 W. Michigan St.
Milwaukee, WI 53203-2918

We Energies
333 West Everett
PO Box 2046
Milwaukee, WI 53201-2046

Wells Fargo
PO Box 1697
Winterville, NC 28590-1697

Wisconsin Electric Power Co.
231 W. Michigan St.
Milwaukee, WI 53203-2918

Wisconsin Radiology
PO Box 371100
Milwaukee, WI 53237-2200

Wisconsin Urgent Care
PO Box 26428
Milwaukee, WI 53226-0428

Zales
c/o CBNA
PO Box 6497
Sioux Falls, SD 57117-6497

Zita M Cooper-Hoskins
4251 N 22nd street
Milwaukee, WI 53209-6715

Adam L Lombardo
Lombardo Law Office
7230 South 108th Street
Milwaukee, WI 53227-1168

Scott Lieske
Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203-0161

Sean T Hoskins
4131 N 68 Street
Milwaukee, WI 53216-1170

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Alliance Collection Agency
2916 South Business Park Avenue
Marshfield, WI 54449

Chase Auto Finance
PO Box 901003
Fort Worth, TX 76101

Citibank SD, NA
PO Box 20363
Kansas City, MO 64195-0363

City of Milwaukee Violations Bureau*
Attention: Sacara Jones
PO Box 346
Milwaukee, WI 53201-0346

Most Funding II LLC
c/o Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud, MN 56302

Pendrick Capital Partners
6029 Ridge Ford Dr.
Burke, VA 22015

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Wisconsin Department of Revenue
Special Procedures Unit
PO Box 8901
Madison, WI 53708-8901

End of Label Matrix
Mailable recipients    74
Bypassed recipients     1
Total                  75