UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

Case No.
Judge:
Chapter 13

In Re, **Sean T. Hoskins**

Debtor(s)

## AFFIDAVIT OF SEAN T. HOSKINS

STATE OF WISCONSIN    )
                      (SS
COUNTY OF MILWAUKEE   )

I, Sean T. Hoskins, being first duly sworn upon oath, depose and say as follows:

1. Prior to the Chapter 13 case I am in now, I also filed a Chapter 13 bankruptcy on September 4, 2020, case number 20-26098-kmp. The case was dismissed pursuant to a motion filed by the Trustee on August 18, 2022.

2. The reason my previous Chapter 13 case failed is because my wife and I filed for divorce on April 28, 2021 and I moved out of our residence thereafter, which reduced my monthly household take home income by over $3,100.00 and forced me to incur the expenses of finding my own residence and furnishing it. In addition, the mental stress of losing a marriage of 18 years made focusing on my other financial responsibilities extremely difficult, all of which made completion of my previous Chapter 13 case impossible.

3. My divorce was final on February 4, 2022 and I have now found my own residence and have established my own household which has stabilized my financial situation. In addition, I have come to grips mentally and emotionally with the dissolution of my marriage.

4. Now that I am no longer dealing with the emotional and the financial consequences of going through a divorce, I will have sufficient income to meet my household's monthly living expenses, as well as sufficient income to submit $698.00 per month to the Chapter 13 Trustee through weekly payroll deductions for the benefit of my creditors.

5. I am aware that a payment is due to the Trustee within thirty days of the day I filed this current case.

By: _Sean T. Hoskins_
Sean T. Hoskins

Dated: 2.6.2023

Sworn and subscribed before me this
____6____ day of __February__ 2023.

_Adam L. Lombardo_
Adam L. Lombardo
Notary Public, State of Wisconsin
My Commission is permanent.

Document Drafted By:
Lombardo Law Office
2230 S 108th St
Milwaukee, WI 53227
Phone: (414) 543-3328
Fax: (414) 543-0786