```
Label Matrix for local noticing          HSBC Bank USA, National Association, as Trus    United States Attorney's Office
0757-2                                   c/o Cummisford Acevedo & Associates, LLC        517 E. Wisconsin Ave.
Case 23-20506-kmp                        7071 S. 13th St.                                Room 530
Eastern District of Wisconsin            Suite 100                                       Milwaukee, WI 53202-4509
Milwaukee                                Oak Creek, WI 53154-1466
Tue May  9 14:26:18 CDT 2023

United States Attorney, Attention, Michael C    Wisconsin   Department   Of Revenue     Wisconsin Dept. Of Revenue
Room 530 Federal Courthouse              Special Procedures Unit                        Special Procedures Unit
517 E. Wisconsin Avenue                  P.O. Box 8901                                  P.O. Box 8902
Milwaukee, WI 53202-4500                 Madison, WI 53708-8901                         Madison, WI 53708-8902


AFNI                                     AT&T CORP                                      AT&T Mobility
PO Box 3097                              %AT&T SERVICES INC.                            PO Box 3517
Bloomington, IL 61702-3097               KAREN A. CAVAGNARO - PARALEGAL                 Bloomington, IL 61702-3517
                                         ONE AT&T WAY, SUITE 3A104
                                         BEDMINSTER, NJ. 07921-2693


AT&T Mobility II LLC                     AURORA HEALTH CARE                             Advanced Health Care
%AT&T SERVICES INC.                      PO BOX 1123                                    3003 W. Good Hope Rd.
KAREN A. CAVAGNARO - PARALEGAL           MINNEAPOLIS, MN 55440-1123                     Milwaukee, WI 53209-2042
ONE AT&T WAY, SUITE 3A104
BEDMINSTER, NJ. 07921-2693


(p)ALLIANCE COLLECTION AGENCIES  INC     AmeriCash Loans, L.L.C.                        Americash Loans
ATTN CLIENT SERVICES DEPARTMENT          P.O. Box 1728                                  9228 W Capitol Drive.
3916 S BUSINESS PARK AVE                 Des Plaines, IL 60017-1728                     Milwaukee, WI 53222-1533
MARSHFIELD WI 54449-9029


Aurora Advanced Healthcare               Best Buy Credit Services*                      Brandon S. Lefkowitz
PO Box 091700                            PO Box 688911                                  29777 Telegraph Road, Suite 2440
Milwaukee, WI 53209-8700                 Des Moines, IA 50368-8911                      Southfield, MI 48034-7667


Bridgecrest Acceptance Corp              Capital Loans                                  Capital One
4020 E. Indian School Rd.                6512 W Capitol Dr                              PO Box 85064
Phoenix, AZ 85018-5220                   Milwaukee, WI 53216-2038                       Richmond, VA 23285-5064


Caral Halloway                           Cash for Whatever                              (p)JPMORGAN CHASE BANK  N A
3954 N. 39th St.                         6160 N Cicero Ave                              BANKRUPTCY MAIL INTAKE TEAM
Milwaukee, WI 53216-2517                 Chicago, IL 60646-4308                         700 KANSAS LANE FLOOR 01
                                                                                        MONROE LA 71203-4774


Citi of Milwaukee                        (p)CITIBANK                                    City of Milwaukee Municipal Court
901 N. 9th St.                           PO BOX 790034                                  951 North James Lovell Street
Milwaukee, WI 53233-1425                 ST LOUIS MO 63179-0034                         Milwaukee, WI 53233-1429


City of Milwaukee Violations Bureau      (p)CITY OF MILWAUKEE VIOLATIONS BUREAU         Collect Associates
PO Box 2080                              PO BOX 346                                     225 S. Executive Dr., Suite 250
Milwaukee, WI 53201-2080                 MILWAUKEE WI 53201-0346                        Brookfield, WI 53005-4257
```

| | | |
|---|---|---|
| Community Memorial Hospital *<br>P.O. Box 3106<br>Milwaukee, WI 53201-3106 | Corporation Service Company<br>Reg. Agent for TitleMax of Wisconsin Inc<br>8040 Excelsior Drive, Suite 400<br>Madison, WI 53717-2915 | Enhanced Recovery Corporation<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 |
| Farmers Insurance Group<br>Payment Processing Center - 27<br>PO Box 55126<br>Boston, MA 02205-5126 | First Premier Bank<br>601 S Minnesota Ave.<br>Sioux Falls, SD 57104-4868 | Froedtert & Medical College Physicians<br>P.O. Box 13308<br>Milwaukee, WI 53213-0308 |
| Froedtert Hospital<br>PO Box 3202<br>Milwaukee, WI 53201-3202 | Geico Casualty Company<br>5260 Western Ave.<br>Chevy Chase, MD 20815-3799 | HSBC Bank USA, N.A. Trustee (See 410)<br>c/o Specialized Loan Servicing LLC<br>6200 S. Quebec St., Suite 300<br>Greenwood Village, Colorado 80111-4720 |
| Hampton Dental Associates SC<br>5323 West Hampton Avenue<br>Milwaukee, WI 53218-5019 | Heights Finance Corporation<br>2605 W. College Ave.<br>Appleton, WI 54914-4202 | Heights Finance Corporation<br>ATTN BK<br>P.O. BOX 1947<br>GREENVILLE, SC 29602-1947 |
| IRS - Milwaukee Office<br>211 West Wisconsin Avenue<br>M/S 5301 MIL<br>Milwaukee, WI 53203-2303 | Infectious Disease Specialists<br>PO Box 522<br>Pewaukee, WI 53072-0522 | Infinity Healthcare Physicians<br>PO Box 3261<br>Milwaukee, WI 53201-3261 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Medical College Physicians<br>PO Box 13308<br>Milwaukee, WI 53213-0308 | Menomonee Falls Clinic<br>N84 W16889 Menomonee Ave.<br>Menomonee Falls, WI 53051-2810 |
| Milwaukee County Child Support<br>901 N. 9th St.<br>Room 101<br>Milwaukee, WI 53233-1425 | Milwaukee Municipal Court<br>951 N. James Lovell St.<br>Milwaukee, WI 53233-1429 | Monitronics International<br>c/o EOS CCA<br>70 Longwater Dr.<br>Norwell, MA 02061 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | OAC<br>PO Box 371100<br>Milwaukee, WI 53237-2200 | Office of the U. S. Trustee<br>517 East Wisconsin Ave.<br>Room 430<br>Milwaukee, WI 53202-4510 |
| One Main Financial<br>5901 75th St.<br>Kenosha, WI 53142-3636 | (p)PENDRICK CAPITAL PARTNERS LLC<br>ATTN BRIAN WILSON<br>8902 OTIS AVE<br>SUITE 111A<br>INDIANAPOLIS IN 46216-1077 | Pick N. Save<br>15549 W. National Ave.<br>New Berlin, WI 53151-5167 |
| ProHealth Care Medical Associates<br>P.O. Box 409<br>Menomonee Falls, WI 53052-0409 | Professional Placement Services<br>PO Box 612<br>Milwaukee, WI 53201-0612 | Progressive Insurance<br>PO Box 31260<br>Tampa, FL 33631-3260 |

| | | |
|---|---|---|
| Rooter Sewer Cleaners<br>c/o Atty. Gary Shultis<br>104 Crestwood Dr.<br>Waukesha, WI 53188-4510 | Sallie Mae<br>P.O. Box 9500<br>Wilkes Barre, PA 18773-9500 | Specialized Loan Servicing<br>6200 S. Quebec Street<br>Englewood, CO 80111-4720 |
| Sprint<br>PO Box 1954<br>Southgate, MI 48195-0954 | The Home Depot<br>PO Box 9001010<br>Louisville, KY 40290-1010 | The Huntington National Bank<br>PO Box 89424<br>Cleveland, OH 44101-6424 |
| The Payday Loan Store<br>3341 S. Business Dr.<br>Sheboygan, WI 53081-6527 | TitleMax of Wisconsin, Inc.<br>15 Bull Street, Suite 200<br>Savannah, GA 31401-2686 | TitleMax of Wisconsin, Inc.<br>7250 N. 76th Street<br>Milwaukee, WI 53223-4502 |
| University of Phoenix<br>730 Cross Pointe Rd., Suite G<br>Columbus, OH 43230 | VIP Loan Shop<br>c/o Northern Resolution Group, LLC<br>PO Box 566<br>Amherst, NY 14226-0566 | WI SCTF<br>PO Box 07914<br>Milwaukee, WI 53207-0914 |
| Waukesha County Circuit Court<br>515 W. Moreland Blvd.<br>Waukesha, WI 53188-2428 | We Energies<br>231 W. Michigan St.<br>Milwaukee, WI 53203-2918 | We Energies<br>333 West Everett<br>PO Box 2046<br>Milwaukee, WI 53201-2046 |
| Wells Fargo<br>PO Box 1697<br>Winterville, NC 28590-1697 | Wisconsin Electric Power Co.<br>231 W. Michigan St.<br>Milwaukee, WI 53203-2918 | Wisconsin Radiology<br>PO Box 371100<br>Milwaukee, WI 53237-2200 |
| Wisconsin Urgent Care<br>PO Box 26428<br>Milwaukee, WI 53226-0428 | Zales<br>c/o CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | Zita M Cooper-Hoskins<br>4251 N 22nd street<br>Milwaukee, WI 53209-6715 |
| Adam L Lombardo<br>Lombardo Law Office<br>2230 South 108th Street<br>Milwaukee, WI 53227-1168 | D Alexander Martin<br>Lombardo Law Office<br>2230 South 108th Street<br>Milwaukee, WI 53227-1168 | Scott Lieske<br>Chapter 13 Trustee<br>P.O. Box 510920<br>Milwaukee, WI 53203-0161 |
| Sean T Hoskins<br>4131 N 68 Street<br>Milwaukee, WI 53216-1170 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Alliance Collection Agency<br>3916 South Business Park Avenue<br>Marshfield, WI 54449 | Chase Auto Finance<br>PO Box 901003<br>Fort Worth, TX 76101 | Citibank SD, NA<br>PO Box 20363<br>Kansas City, MO 64195-0363 |
| City of Milwaukee Violations Bureau*<br>Attention: Sacara Jones<br>PO Box 346<br>Milwaukee, WI 53201-0346 | Most Funding II LLC<br>c/o Jefferson Capital Systems LLC<br>PO Box 7999<br>Saint Cloud, MN 56302 | Pendrick Capital Partners<br>6029 Ridge Ford Dr.<br>Burke, VA 22015 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Wisconsin Department of Revenue
Special Procedures Unit
PO Box 8901
Madison, WI 53708-8901

End of Label Matrix
Mailable recipients    84
Bypassed recipients     1
Total                  85